1008

No. 98-8904. BAILEY, AKA HILL *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98-8906. OLSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98-8910. BISHOP *v.* COLORADO DEPARTMENT OF CORRECTIONS ET AL. C. A. 10th Cir. Certiorari denied.

No. 98-8911. BURKS *v.* GREEN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98-8916. LUCAS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98-8923. OATS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 98-8927. SERRANO *v.* ESTRADA ET AL. C. A. 9th Cir. Certiorari denied.

No. 98-8932. VAZQUEZ *v.* CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98-8933. VISINTINE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98-8934. TAYLOR *v.* SUPREME COURT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 98-8935. BRYANT *v.* GARCIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98-8937. COX *v.* STIENEKE ET AL. C. A. 4th Cir. Certiorari denied.

No. 98-8938. COLEMAN *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 98-8948. MORGAN *v.* CHAPIN ET AL. C. A. 11th Cir. Certiorari denied.